**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____   Chapter  **11**

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **M & H Williams, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2208915** |
| 4. | **Debtor's address** | **Principal place of business**  **1136 South Park Dr., Suite 102**  **Bowling Green, KY 42103**  Number, Street, City, State & ZIP Code  **Warren**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **M & H Williams, LLC**     Case number (*if known*) _____
     Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ■ None of the above |
| | |
| | B. *Check all that apply* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | ____ |

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Debtor  **M & H Williams, LLC**      Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion

Debtor  **M & H Williams, LLC**  Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **M & H Williams, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 18, 2025**
MM / DD / YYYY

**X** **/s/ Matt Williams**                                    **Matt Williams**
Signature of authorized representative of debtor              Printed name

Title  **Member**

---

**18. Signature of attorney**

**X** **/s/ Scott A. Bachert**                                 Date **August 18, 2025**
Signature of attorney for debtor                              MM / DD / YYYY

**Scott A. Bachert 02443**
Printed name

**Kerrick Bachert PSC**
Firm name

**1411 Scottsville Road**
**Bowling Green, KY 42104**
Number, Street, City, State & ZIP Code

Contact phone  **270-782-8160**    Email address  **sbachert@kerricklaw.com**

**02443 KY**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | M & H Williams, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF KENTUCKY |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Beverly Bank & Trust Company, NA Wintrust Specialty Financing 2050 Main St Ste 230 Irvine, CA 92614 | | G-320 Grinder | | $24,266.20 | $8,000.00 | $16,266.20 |
| Broderick & Davenport, PLLC 921 College Street - Phoenix Place P O Box 3100 Bowling Green, KY 42102 | | Attorney Fees | | | | $3,448.32 |
| Centura Funding 1400 Preston Road, Suite 115 Plano, TX 75093 | | Werkmaster Titan XT | | $10,900.00 | $2,500.00 | $8,400.00 |
| Chase Ink Cardmember Services P O Box 6294 Carol Stream, IL 60197-6294 | | Credit Card | | | | $37,000.00 |
| Chris and Bethany Carr c/o Matt J. Baker 911 College Street, Suite 200 Bowling Green, KY 42101 | | | | | | $314,900.00 |
| Jayro Pineda 1568 Collegeview Drive Bowling Green, KY 42101 | | Services | | | | $12,000.00 |
| JJO Construction 2105 Pyramid Dr. Lakeway, TX 78734 | | Promissory Note | | | | $15,000.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Debtor  **M & H Williams, LLC**  Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kentucky Interior Finishes**<br>**7013 Smith Grove Rd**<br>**Scottsville, KY 42164** | | | | | | $25,925.00 |
| **Kiaser Glass & Metals**<br>**930 Gordon Ave**<br>**Bowling Green, KY 42101** | | | | | | $2,500.00 |
| **KY Interior Finishes**<br>**7013 Smiths Grove Road**<br>**Scottsville, KY 42164** | | **Materials** | | | | $8,766.85 |
| **KY Interior Finishes**<br>**7013 Smiths Grove Road**<br>**Scottsville, KY 42164** | | **Materials** | | | | $17,158.16 |
| **L.M. Siding**<br>**7565 Cub Run Hwy**<br>**Munfordville, KY 42765** | | **Supplies** | | | | $4,000.00 |
| **Matthew J. Baker**<br>**561 East Main Avenue**<br>**Bowling Green, KY 42101** | | **Attorney Fees - Carr v. M&H Williams** | | | | $9,725.00 |
| **Mike Thornton Enterprises, LLC**<br>**300 Lowe Avenue**<br>**Bowling Green, KY 42101** | | | | | | $25,000.00 |
| **Phalen Roofing and Guttering**<br>**2112 Clypool Boyce Rd**<br>**Alvaton, KY 42122** | | | | | | $18,381.42 |
| **Roof Hamilton Storage**<br>**5617 Liberty Fairfield Rd**<br>**Hamilton, OH 45011** | | | | | | $282,000.00 |
| **Southern KY Granite**<br>**2074 Louisville Rd**<br>**Bowling Green, KY 42101** | | **Cabinets** | | | | $6,675.00 |

Debtor  **M & H Williams, LLC**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Stewart Richey Construction, Inc. 2137 Glen Lily Road Bowling Green, KY 42101** | | **Judgment** | | | | $7,423.80 |
| **The Lawn Barber of Bowling Green, LLC 9915 Morgantown Road Bowling Green, KY 42101** | | **Services** | | | | $4,822.47 |
| **Trailer World, Inc. 800 Three Springs Rd. Bowling Green, KY 42104** | | | | | | $3,894.15 |

# United States Bankruptcy Court
## Western District of Kentucky

In re: **M & H Williams, LLC**, Debtor(s)

Case No.: 
Chapter: **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 18, 2025**

**/s/ Matt Williams**
**Matt Williams**/**Member**
Signer/Title

```
Arnold Engineering
1136 South Park Drive
Suite 104
Bowling Green, KY 42103

B Squared Electric
224 E,,ett Ave Ste 500
Bowling Green, KY 42101

Beverly Bank & Trust Company, NA
Wintrust Specialty Financing
2050 Main St Ste 230
Irvine, CA 92614

Blue Moon Sanitation
P O Box 51147
Bowling Green, KY 42102

Broderick & Davenport, PLLC
921 College Street - Phoenix Place
P O Box 3100
Bowling Green, KY 42102

Centura Funding
1400 Preston Road, Suite 115
Plano, TX 75093

Chase Ink
Cardmember Services
P O Box 6294
Carol Stream, IL 60197-6294

Chris and Bethany Carr
c/o Matt J. Baker
911 College Street, Suite 200
Bowling Green, KY 42101

English Lucas Priest & Owsley, LLP
P O Box 770
Bowling Green, KY 42102-0770

Homeworks, LLC
1207 Broadway Ave.
Bowling Green, KY 42101

Jayro Pineda
1568 Collegeview Drive
Bowling Green, KY 42101

JJO Construction
2105 Pyramid Dr.
Lakeway, TX 78734
```

John A. Sowell
English, Lucas, Priest & Owsley, LLP
P O Box 770
Bowling Green, KY 42102-0770

Kentucky Department of Revenue
Frankfort, KY 40620-0004

Kentucky Interior Finishes
7013 Smith Grove Rd
Scottsville, KY 42164

Kiaser Glass & Metals
930 Gordon Ave
Bowling Green, KY 42101

KY Interior Finishes
7013 Smiths Grove Road
Scottsville, KY 42164

L.M. Siding
7565 Cub Run Hwy
Munfordville, KY 42765

Matthew J. Baker
561 East Main Avenue
Bowling Green, KY 42101

Mike Thornton Enterprises, LLC
300 Lowe Avenue
Bowling Green, KY 42101

Paramount Advertising and Lead Solutions
P O Box 595
Mount Prospect, IL 60056-0595

Phalen Roofing and Guttering
2112 Clypool Boyce Rd
Alvaton, KY 42122

Roof Hamilton Storage
5617 Liberty Fairfield Rd
Hamilton, OH 45011

Safety Supply Center
150 E Palmetto Park Rd Ste 800
Boca Raton, FL 33432

Southern KY Granite
2074 Louisville Rd
Bowling Green, KY 42101

```
Stewart Richey Construction, Inc.
2137 Glen Lily Road
Bowling Green, KY 42101

The Lawn Barber of Bowling Green, LLC
9915 Morgantown Road
Bowling Green, KY 42101

Trailer World, Inc.
800 Three Springs Rd.
Bowling Green, KY 42104
```

# United States Bankruptcy Court
## Western District of Kentucky

In re  **M & H Williams, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **M & H Williams, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Holly Williams**
**138 Ridgewood Dr**
**Bowling Green, KY 42103**

**Matt Williams**
**138 Ridgewood Dr**
**Bowling Green, KY 42103**

☐ None [*Check if applicable*]

**August 18, 2025**
Date

**/s/ Scott A. Bachert**
**Scott A. Bachert 02443**
Signature of Attorney or Litigant
Counsel for **M & H Williams, LLC**
**Kerrick Bachert PSC**
**1411 Scottsville Road**
**Bowling Green, KY 42104**
**270-782-8160 Fax:270-782-5856**
**sbachert@kerricklaw.com**

## United States Bankruptcy Court
**Western District of Kentucky**

In re **M & H Williams, LLC**
Debtor(s)

Case No.
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Matt Williams**, declare under penalty of perjury that I am the **Member** of **M & H Williams, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Matt Williams**, **Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Matt Williams**, **Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Matt Williams**, **Member** of this Corporation is authorized and directed to employ **Scott A. Bachert 02443**, attorney and the law firm of **Kerrick Bachert PSC** to represent the corporation in such bankruptcy case."

Date **August 18, 2025**

Signed **/s/ Matt Williams**
**Matt Williams**

Resolution of Board of Directors
of
**M & H Williams, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Matt Williams**, **Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Matt Williams**, **Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Matt Williams**, **Member** of this Corporation is authorized and directed to employ **Scott A. Bachert 02443**, attorney and the law firm of **Kerrick Bachert PSC** to represent the corporation in such bankruptcy case.

Date **August 18, 2025**        Signed **/s/Matt Williams**

Date **August 18, 2025**        Signed **/s/Holly Williams**